**H. R. CORNELIUS, Jr., Executor of the Estate of H. R. Cornelius, Sr., Deceased, Movant,**

v.

**H. J. WHITFIELD and Carrie Mae Whitfield, his wife, Respondents.**

Supreme Court of Kentucky.

March 14, 1978.

William E. Rogers, III, Rogers & Rogers, Hopkinsville, for movant.

William G. Deatherage, Jr., Osborne & Deatherage, Hopkinsville, for respondents.

### OPINION AND ORDER

We are of the opinion that discretionary review of this case, 554 S.W.2d 870 (Ky. App.), was improvidently granted.

The order granting discretionary review is vacated and the case is remanded to the Court of Appeals for the issuance of its mandate.

All concur.